IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFFORD LEE BAIR,                        No. CIV-S-04-2257 MCE/GGH P

      Petitioner,

  v.                                      <u>ORDER</u>

FOLSOM STATE PRISON, ET AL.,

      Respondents.
_____/

    Petitioner, a state prisoner proceeding pro se, has timely filed a Notice of Appeal of this Court's November 17, 2005, denial of his Application for a Writ of Habeas Corpus.  Before Petitioner can appeal this decision, a Certificate of Appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    A Certificate of Appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).

///

1 The Certificate of Appealability must "indicate which specific
2 issue or issues satisfy" the requirement.  28 U.S.C.
3 § 2253(c)(3).
4     A Certificate of Appealability should be granted for any
5 issue that Petitioner can demonstrate is "'debatable among
6 jurists of reason,'" could be resolved differently by a different
7 court, or is "'adequate to deserve encouragement to proceed
8 further.'" Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir.
9 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]
10    Petitioner has made a substantial showing of the denial of a
11 constitutional right in the following issue presented in the
12 instant petition: Whether Petitioner has a liberty interest in
13 parole.
14    Accordingly, IT IS HEREBY ORDERED that a Certificate of
15 Appealability is issued in the present action.
16 DATED: December 14, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a Certificate of Appealability is the same as the standard that applied to issuance of a Certificate of Probable Cause. Jennings, at 1010.